UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

FILED
JUN - 8 2018
PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

_____, Plaintiff(s)
(Full Name)

v.

_____, Defendant(s)

Case No. **CIV 18 - 177 - RAW**
(To be supplied by the Clerk)

**COMPLAINT**

A. **PARTIES**

1) Omar H. Cole, is a citizen of Oklahoma
   (Plaintiff)                          (State)

   who presently resides at _____
                              (mailing address, if different from residence)

2) Defendant HTI Human Technologies   is a citizen of _____
             (Name of first defendant)
   Ardmore Oklahoma                                 , and is employed
   (City, State)
   as _____.
      (Position and title, if any)

3) Defendant _____ is a citizen of _____
             (Name of second defendant)
   _____                 , and is employed
   (City, State)
   as _____.
      (Position and title, if any)

[You may attach additional pages (8½" x 11") to furnish the above information for additional defendants.]

1                                                                (05/05)

**B.   JURISDICTION**

1)   Jurisdiction is asserted pursuant to _____

**C.   NATURE OF CASE**

1)   Briefly state the background of your case. *I was discharged from Human Technologies for misconduct but misconduct was not established. I seek remedies on the basis of discrimanation and lost wages.*

**D.   CAUSE OF ACTION**

I allege the following:

1: *discrimanation and lost wages*

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)
*Oklahoma Employment office filed a unemployment claim into supporting part of my case*

2: _____

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

3. _____

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

2

(05/05)

*[If necessary, you may attach additional pages (8½" x 11") to explain any allegation or to list additional supporting facts in the same format as above.]*

E.  **REQUEST FOR RELIEF**

I believe that I am entitled to the following relief: Finacial resoution

Current Address: 302 G. St. S.E.

Telephone: 580-277-1805

Omar H. Cole
Original Signature of Plaintiff

3

(05/05)