**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| Omar H. Cole, | |
| Plaintiff, | |
| **v.** | Case No.   18-CIV-177-RAW |
| Human Technologies, Inc., | |
| Defendant. | |

## ORDER

Before the court is Defendant's Motion to Dismiss [Docket No. 14], which was filed on August 9, 2018.   Plaintiff's response was due August 23, 2018.   On September 5, 2018, the court entered an order directing Plaintiff to respond no later than October 5, 2018 [Docket No. 17]. That order stated that if no response was filed, the motion would be deemed confessed and the case may be dismissed.   To date, Plaintiff has not responded to the motion.

Plaintiff is proceeding *pro se* in this matter.   Although a *pro se* litigant's pleadings are to be construed liberally and held to a less stringent standard than formal pleadings drafted by lawyers, *pro se* parties must follow the same rules of procedure that govern other litigants. *Garrett v. Selby Connor Maddux & Janer*, 425 F.3d 836 (10th Cir. 2005).

Local Civil Rule 7.1(g) states that after allowing additional time for a party to respond to a motion to dismiss, if the party still fails to respond "the case will be dismissed or the motion will be deemed confessed, as appropriate."

The Motion to Dismiss of Defendant [Docket No. 14] is deemed confessed.   This case is dismissed with prejudice pursuant to the Federal Rules of Civil Procedure and this court's Local Civil Rules.

Dated this 19th day of   October, 2018.

*Ronald A. White*

_____

HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA