# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Omar H. Cole,<br><br>                 Plaintiff,<br><br>v.<br><br>Human Technologies, Inc.,<br><br>                Defendant. | **Case No. 18-CIV-177-RAW** |

## JUDGMENT

Pursuant to Rule 58 F.R.Cv.P., the court hereby enters judgment that this action is dismissed with prejudice.

**IT IS SO ORDERED** this 19th day of October, 2018.

*Ronald A. White*
_____
HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA